UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STACEY BADON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12317** |
| **BERRY'S RELIABLE RESOURCES, LLC, ET AL.** | **SECTION D (3)** |

## ORDER

Defendants filed a Motion for Summary Judgment in this matter.[1] Defendants subsequently moved for an extension of time to file another Motion for Summary Judgment or to amend their Motion for Summary Judgment.[2] The Court recently granted Plaintiff's Motion to Conditionally Certify a Collective Action.[3] This development will likely expand the scope of discovery in this matter. In light of the foregoing, the Court denies Defendants' Motion for Summary Judgment[4] without prejudice. Defendants may reurge an amended motion at a later date before a deadline to be set by the Court. Defendants' Motion for Extension of Time to Amend the Summary Judgment Motion[5] is therefore denied as moot. The Court also sets a status conference on September 9, 2020 at 10:00 a.m. to discuss next steps in this matter.

---

[1] R. Doc. 32.
[2] R. Doc. 34.
[3] R. Doc. 37.
[4] R. Doc. 32.
[5] R. Doc. 34.

**IT IS ORDERED** that Defendants' Motion for Summary Judgment is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Extension of Time is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that a telephone status conference in this matter is set for September 9, 2020 at 10:00 a.m. Dial-in information shall be emailed to all counsel of record.

New Orleans, Louisiana, September 3, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**