**MINUTE ENTRY**
**DOUGLAS, M.J.**
**MARCH 10, 2021**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STACEY BADON, on behalf of herself and** all those similarly situated | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12317** |
| **BERRY'S RELIABLE RESOURCES,** **LLC AND RHONDA WILLIAMS** | **SECTION "D" (3)** |

On this date, a Motion for Protective Order (Rec. Doc. No. 75), filed by plaintiff, Stacey Badon, came on for oral hearing before the undersigned. Present were Mary B. Jackson on behalf of Plaintiff and Larry M. Aisola, Jr. on behalf of defendants, Berry's Reliable Resources, LLC and Rhonda Williams. For the reasons stated on the record,

**IT IS ORDERED** that the Motion for Protective Order (Rec. Doc. No. 75) is DENIED.

*/s/ Dana M. Douglas*
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:04