MINUTE ENTRY
DOUGLAS, M.J.
MARCH 10, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STACEY BADON, on behalf of herself and** all those similarly situated | CIVIL ACTION |
| VERSUS | NO. 19-12317 |
| **BERRY'S RELIABLE RESOURCES, LLC AND RHONDA WILLIAMS** | SECTION "D" (3) |

On this date, a Motion to Compel (Rec. Doc. No. 69), filed by plaintiffs, Anthony Badon and Stacey Badon, on behalf of herself and all those similarly situated, came on for oral hearing before the undersigned. Present were:

> Mary B. Jackson on behalf of Plaintiffs; and
> Larry M. Aisola, Jr. on behalf of defendants, Berry's Reliable Resources, LLC and Rhonda Williams

For the reasons stated on the record,

**IT IS ORDERED** that the motion is GRANTED IN PART AND DENIED IN PART

**IT IS FURTHER ORDERED** that the motion is DENIED AS MOOT as to the production of agreements for Diane Jones.

**IT IS FURTHER ORDERED** that the motion is DENIED AS MOOT as to the payroll and all paystub information requested by Plaintiffs.

**IT IS FURTHER ORDERED** that the motion is GRANTED as to the requested agreements for Francine Dixon.

MJSTAR: 00:06

**IT IS FURTHER ORDERED** that the Motion to Compel is GRANTED as to the personnel file of Anthony Badon as well as any communications regarding the performance and/or termination of Anthony Badon between (1) Defendants and Anthony Badon or (2) Defendants and third parties.

**IT IS FURTHER ORDERED** that Defendants supplement their discovery responses within ten (10) days of the date of this Order, or by Monday, March 22, 2021.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**