UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STACEY BADON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12317**<br>**c/w 20-584 and 21-596** |
| **BERRY'S RELIABLE RESOURCES, LLC, ET AL.** | **SECTION: D (3)** |

## FINAL JUDGMENT

In accordance with the jury verdict rendered in this action on August 17, 2022 (R. Doc. 228);

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff **Anthony Badon** and against Defendants Berry's Reliable Resources, LLC and Rhonda Williams in the amount of $6,230.96, plus post judgment interest at the rate of 4.07% per annum.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff **Francine Dixon** and against Defendants Berry's Reliable Resources, LLC, Rhonda Williams, Raeon Williams, and Tyese Berry in the amount of $38,350.23, plus post judgment interest at the rate of 4.07% per annum.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff **Stacey Badon** and against Defendants Berry's Reliable Resources, LLC and Rhonda Williams in the amount of $7,710.08, plus post judgment interest at the rate of 4.07% per annum.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff **Altravese Gardner** and against Defendants Berry's Reliable Resources, LLC, Rhonda Williams, Raeon Williams, and Tyese Berry in the amount of $5,893.60, plus post judgment interest at the rate of 4.07% per annum.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff **Treonda Irvin** and against Defendants Berry's Reliable Resources, LLC, Rhonda Williams, Raeon Williams, and Tyese Berry in the amount of $6,889.83, plus post judgment interest at the rate of 4.07% per annum.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff **Dereinisha Johnson** and against Defendants Berry's Reliable Resources, LLC, Rhonda Williams, Raeon Williams, and Tyese Berry in the amount of $6,023.40, plus post judgment interest at the rate of 4.07% per annum.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff **Rena Lyons** and against Defendants Berry's Reliable Resources, LLC, Rhonda Williams, Raeon Williams, and Tyese Berry in the amount of $6,425.23, plus post judgment interest at the rate of 4.07% per annum.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff **Francis Pessoa** and against Defendants Berry's Reliable Resources, LLC, Rhonda Williams, Raeon Williams, and Tyese Berry in the amount of $7,014.38, plus post judgment interest at the rate of 4.07% per annum.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff **Gloria Williams** and against Defendants Berry's

Reliable Resources, LLC, Rhonda Williams, Raeon Williams, and Tyese Berry in the amount of $5,893.60, plus post judgment interest at the rate of 4.07% per annum.

New Orleans, Louisiana, October 6, 2022.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**